**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| **SHOT BAR CHICAGO LLC, an Illinois limited liability company,** | **Case No: 24-cv-08452** |
| Plaintiff, | Honorable April M. Perry |
| | Magistrate Judge: M. David Weisman |
| vs. | |
| **SARAH HALVERSON, et al.** | |
| Defendants. | |

### SUPPLEMENT TO JOINT STATUS REPORT [*DKT. #38*]

The parties met for an in-person settlement conference on 1/16/2025 at 11:30 a.m. with the Honorable M. David Weisman, pursuant to *Dkt. #32*, and submit this Joint Status Report pursuant to *Dkt. #37*.

The parties have made substantial progress towards settlement but some material terms still remain. Magistrate Weisman indicated that he wishes to keep the Mediation referral open for continued settlement discussions until further notice to this Court. The Parties mutually desire to keep the Briefing Schedule stayed [*Dkt. #37*] pending further mediation proceedings with Magistrate Weisman, with the next conference date scheduled for 1/24/2025 [*Dkt. #39*]. The Parties suggest that the Court enter an order requiring the parties to file a joint status report on the status of settlement or motion to dismiss. Plaintiff suggests that this report be filed on or before January 28, 2025 so as to keep the court apprised of progress. Defendants suggest that the report or dismissal be filed on or before March 17, 2025 so as to give the parties a meaningful opportunity to finalize the settlement agreement and perform any pre-dismissal obligations under the agreement without having to waste client or court resources with frequent status updates.

**DATED THIS 17th day of January, 2025.    Respectfully submitted,**

| | |
|---|---|
| **SARAH HALVERSON and SARAH HALVERSON INC., an Illinois corporation** | **SHOT BAR CHICAGO LLC, an Illinois limited liability company** |
| By: ___/s/ Sabreena El-Amin_____ | By: ___/s/ Jonathan D. Rosen_____ |
| **One of Defendants' Attorneys** | **One of Plaintiff's Attorneys** |
| Sabreena El-Amin | Jonathan D. Rosen, Esq. |
| Scott Browdy, Esq. | Steven Alpert, Esq. |
| **CTM LEGAL GROUP** | **ENTERPRISE LAW GROUP, LLP** |
| 77 W. Washington Street, Suite 2120 | Two Northfield Plaza |
| Chicago, IL 60602 | 570 Frontage Road, Suite 201 |
| Tel: 312-818-6700 | Northfield, IL 60093 |
| F: 312-492-4804 | Tel: 312-578-0200 |
| sel-amin@ctmlegalgroup.com | Jonathan@EnterpriseLG.com |
| sbrowdy@ctmlegalgroup.com | SAlpert@EnterpriseLG.com |